IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTENY ROMERIZ ROGERS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:21-CV-27-WHA-CSC ) |
| JOY BOOTH, DISTRICT JUDGE: AUTAUGA COUNTY, STATE OF ALABAMA, | ) ) ) ) |
| Defendant. | ) ) |

# **O R D E R**

This case is before the Court on a Recommendation of the Magistrate Judge entered on February 24, 2021. Doc. 4. There being no timely objections filed to the Recommendation, and after an independent review of the file, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The § 1983 claims against Defendant Joy Booth are DISMISSED with prejudice under 28 U.S.C. § 1915(e)(2)(B)(i);

3. Plaintiff's request for declaratory and injunctive relief, which entails intervention by this Court into the pending state court criminal proceedings, are DISMISSED without prejudice under the *Younger* abstention doctrine;

4. The Complaint is DISMISSED prior to service of process.

Final Judgment will be entered separately.

Done, this 17th day of March 2021.

    /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE